UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIDNEY B. HARR, ) | |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | No. 5:16-CV-199-FL |
| ) | |
| N. LORRIN FREEMAN; ) | |
| WAKE COUNTY, in the State of ) | |
| North Carolina, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2016, and for the reasons set forth more specifically therein, that defendant N. Lorrin Freeman's motion to dismiss filed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) is granted.

**This Judgment Filed and Entered on August 16, 2016, and Copies To:**

Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)
Sidney B. Harr (via U.S. Mail) 116 Saint Mary's Street #703, Raleigh, NC 27605

August 16, 2016        JULIE RICHARDS JOHNSTON CLERK
                                         /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk